UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CRUZ,<br><br>      Plaintiff,<br><br>v.<br><br>LOPEZ M., et al.,<br><br>      Defendants. | Case No.: 3:24-cv-00305-ART-CSD<br><br>**ORDER** |

State prisoner Jose Cruz brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he claims to have suffered while incarcerated in the custody of the Nevada Department of Corrections. (ECF No. 1-1). But Plaintiff has neither paid the full $405 filing fee nor filed a complete application to proceed *in forma pauperis*, one of which he must do to proceed with this civil action. (*See* ECF No. 1). Rather, Plaintiff filed only a financial certificate, and it is not on this Court's approved form. (*See* ECF No. 1-2). The Court disregards the financial certificate, and it will grant Plaintiff an extension of time to address the matter of the filing fee.

I. **DISCUSSION**

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the

**inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.   CONCLUSION

It is therefore ordered that Plaintiff has **until November 5, 2024**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Jose Cruz the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1), but not file it at this time.

DATED THIS 6th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE