UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CRUZ,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>LOPEZ M., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-cv-00305-ART-CSD<br><br>ORDER DISMISSING AND CLOSING CASE |

On December 20, 2024, after being informed that Plaintiff Jose Cruz was deceased, the Court ordered this action would be dismissed unless any party or Cruz's successor or representative filed a motion for substitution under Federal Rule of Civil Procedure 25(a)(1) by March 20, 2025. (ECF No. 11). The Court directed the Office of the Attorney General of the State of Nevada to serve the decedent's representative or next of kin with a copy of the order, and the Attorney General complied with that directive via U.S. Mail on January 6, 2025. (*See* ECF No. 16). But the 90-day deadline expired without any person filing a motion to substitute for the decedent-plaintiff under Rule 25 or other response.

It is therefore ordered that this action is dismissed without prejudice under Federal Rule of Civil Procedure 25(a)(1).

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 2nd day of April, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1